**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: April 08, 2016
Docket #: 16-628cv
Short Title: Aurelius Capital Master, Ltd. v. Republic of Argentina

DC Docket #: 09-cv-8757
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 09-cv-10620
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-4782
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 15-cv-1508
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-3507
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8630
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 09-cv-1707
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8601
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-9587
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-4101
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-3970
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8947
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 13-cv-8887
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-1602
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8243
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 08-cv-6978
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-8339
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8946
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-8242
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 10-cv-5338
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 14-cv-10141
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 09-cv-1708

DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-8988
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-5963
DC Court: SDNY (NEW YORK CITY)DC Docket #: 11-cv-4908
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-9855
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-10016
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-1471
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-2577
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-7637
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-10064
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-5849
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-3523
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-5190
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-2611
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-4767
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-1470
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-7367
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-2369
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-9093
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-1588
DC Court: SDNY (NEW YORK CITY)DC Docket #: 14-cv-10201
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-05886
DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-4284
DC Court: SDNY (NEW YORK CITY)
DC Judge: Griesa

## NOTICE OF HEARING DATE

**Argument Date/Time:** Wednesday, April 13, 2016 at 10:00 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**

| | | |
|---|---|---|
| Aurelius Capital Master, Ltd., et al | ] | 15 minutes to be shared |
| Andrarex, Ltd | ] | |
| ARAG-A-Limited, et al | ] | |
| Banca Arner, S.A. & Brantford Holding | ] | |
| NML Capital, Ltd. | ] | |
| Armando Fazzolari & Julo Roberto Perez | ] | |
| Ricardo Pons, et al | ] | |
| Foreign-Law Bondholders | | 4 minutes |
| v. Republic of Argentina | | 15 minutes |
| Settling Plaintiffs EM Ltd., et al | | 8 minutes |
| Euro Bondholders | | 4 minutes |

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

-------------------------------------------------------------------------------

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: ROY T. ENGLERT, JR.
Firm Name (if applicable): ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER + SAUBER LLP
Current Telephone Number: 202-775-4500

The above named attorney represents:
(X) Appellant/Petitioner  ( ) Appellee-Respondent  ( ) Intervenor

Date: 4/8/2016    Signature: Roy T. Englert, Jr. /jsb