*Ministro de Hacienda y Finanzas Públicas*
*República Argentina*

April 11 , 2016

<u>By Hand and via ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square, Room 150
New York, New York 10007

    Re:    Appeal: 16-628 ( L ) et al
           Aurelius Capital Master, Ltd, ACP Master, Ltd.
                  v.
          <u>Republic of Argentina</u>

Dear Ms. Wolfe:

    I respectfully ask that you bring this letter to the attention of the Judges of the Panel (Judges Leval, Droney and Engelmayer) that will hear oral argument in these cases on Wednesday, April 13.

    In view of the imminent nature of this hearing, I respectfully ask that this be done at the earliest possible moment, if possible by electronic transmission.

                                      Sincerely yours,

                                      Alfonso Prat-Gay
                                      Finance Minister
                                        Republic of Argentina