*Ministro de Hacienda y Finanzas Públicas*

*República Argentina*

April 11, 2016

By Hand and via ECF

    Re:  Appeal: 16-628 ( L ) et al
         Aurelius Capital Master, Ltd, ACP Master, Ltd.,
                      v.
         Republic of Argentina

Dear Judges Leval, Droney and Engelmayer:

Oral argument of this consolidated appeal is scheduled to be heard by this Panel on the morning of April 13.

As the Finance Minister of the Republic of Argentina, I respectfully write to emphasize the sense of urgency that all of us entrusted with the public affairs of the Republic and our citizens feel as to the need for a prompt Decision of this appeal. In normal circumstances, we would not be writing on a matter so uniquely within the province of the Court as the timing of a Decision and, in doing so, we do so with utmost respect for the prerogatives of the Court. However, we would be remiss as public servants if we did not request expedition. If at all feasible, we hope you will give consideration to announcing your Decision on the day of the oral argument, or as soon thereafter as may be practicable for the Panel.

We wish to note, formally, that the first of the two prongs required by Judge Griesa for the lifting of the Injunction has been met: both the House and the Senate of Argentina have voted to abolish the Lock Law and the Sovereign Payment Law. See our Rule 28(j) letter to be filed later today by our lawyers. As a nation, we are committed to meeting the settlement obligations we have undertaken to date, which now total over $8 billion. There is no more we, as a

*Ministro de Hacienda y Finanzas Públicas*

*República Argentina*

country of more than 40 million people, can do to comply with our settlement obligations unless we have certainty from this Court on the lifting of the Injunction. The purpose of this entreaty is not to argue the merits of the appeal, which will be done by lawyers, but only to urge the swift resolution of the appeal.

Finally, as the Court will know from the briefs, one set of parties, with an agreed settlement figure of $4.65 billion has a unilateral right to terminate their Agreement with us if they are not paid by April 14. Our capital-raise is poised and ready to go, globally, but cannot happen without swift clarity from this Court.

With utmost respect,

Alfonso Prat-Gay
Finance Minister
Republic of Argentina